

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE ANGEL PARFILIO, Defendant. | Case No. 18-CR-3307-WQH<br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in the above entitled case be dismissed with prejudice.

IT IS SO ORDERED.

DATED: 4/19/19

HON. WILLIAM Q. HAYES
United States District Judge